**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JAMES EDWARD GREEN, JR.                                                                         PLAINTIFF

V.                                         5:08CV00071 JTR

SUSAN POTTS, Jail Administrator;
and DEBBIE RAUSCH, Jailer,
Drew County Detention Facility                                                                  DEFENDANTS

**ORDER OF DISMISSAL**

Plaintiff James Edward Green, Jr. has filed a Motion stating that he wishes to voluntarily dismiss this *pro se* § 1983 action, without prejudice. *See* docket entry #13. Defendants have filed a Response stating that they have no objection to Plaintiff's request. *See* docket entry #16. Accordingly, the Court finds good cause for granting the Motion pursuant to Fed. R. Civ. P. 41(a)(2).[1]

IT IS THEREFORE ORDERED THAT:

1.    Plaintiff's Motion for Voluntary Dismissal (docket entry #13) is GRANTED, and this case is DISMISSED, WITHOUT PREJUDICE.

2.    The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the Order of Dismissal and the accompanying Judgment would not be taken in good faith.

Dated this 15th day of May, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] On May 2, 2008, the parties consented to proceed before a United States Magistrate Judge. *See* docket entry #10.