# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JAMES EDWARD GREEN, JR.                                                                PLAINTIFF

V.                                    5:08CV00071 JTR

SUSAN POTTS, Jail Administrator;
and DEBBIE RAUSCH, Jailer,
Drew County Detention Facility                                                        DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is VOLUNTARILY DISMISSED, WITHOUT PREJUDICE, and Judgment is entered in favor of Defendants on all claims set forth herein. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

Dated this 15th day of May, 2008.

_____
UNITED STATES MAGISTRATE JUDGE